**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHARLES L. BAUSLEY                                                                       PLAINTIFF

v.                                              3:15CV00095-BSM-JTK

BREET DUNCAN, et al.                                                                   DEFENDANTS

**ORDER**

Plaintiff Bausley is an inmate who filed a Complaint (Doc. No. 1) pursuant to 42 U.S.C. § 1983, but did not submit the $400.00 filing fee or an in forma pauperis (IFP) Motion.

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil action in forma pauperis still must pay the full statutory filing fee of $350.[1] 28 U.S.C. § 1915(b)(1). The only question is whether a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir. 1998). Even if a prisoner is without assets and unable to pay an initial filing fee, he/she will be allowed to proceed with his/her §1983 claims and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4). **If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the $350 filing fee will be collected and no portion of this filing fee will be refunded to the prisoner.**

The PLRA requires a Plaintiff to submit a proper and complete Motion to Proceed In Forma Pauperis, along with calculation sheet prepared and signed by an authorized officer of the detention

---

1 Effective May 1, 2013, the statutory filing fee for civil actions increased to $400, due to the implementation of a $50 administrative fee. This $50 fee does not, however, apply to in forma pauperis actions.

center.   Plaintiff Bausley must submit, within thirty (30) days from entry of this Order, either: (1)

the statutory filing fee of $400; or (2) a proper and complete IFP Motion, **with the required**

**calculation sheet signed by an authorized official of the detention center at which he is**

**confined**.   Accordingly,

IT IS THEREFORE ORDERED that Plaintiff Bausley must submit either the $400 statutory

filing fee or an In Forma Pauperis Motion, within thirty days of the entry date of this Order.[2]

The Clerk is directed to send to Plaintiff an In Forma Pauperis Motion, together with the

filing fee calculation sheet.

IT IS SO ORDERED this 17th day of April, 2015.

 

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

_____

2 The Plaintiff is hereby notified of her responsibility to comply with the Local Rules of the
Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a pro se
plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.
Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of
Civil Procedure."