IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES L. BAUSLEY**                                                                      **PLAINTIFF**

**v.**                          **CASE NO. 3:15CV00095 BSM**

**BREET DUNCAN, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 23rd day of July 2015.

*[signature]*
UNITED STATES DISTRICT JUDGE